# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

    **VERNON HYNSON** and
    **BEVERLY HYNSON**,                        In Bankruptcy
                                                            Chapter Thirteen
                              Debtors.       Case No. 12-57645 tjt
                                                            Judge Thomas J. Tucker

_____

## MOTION TO SEVER CONFIRMED CHAPTER 13 CASE
## FROM JOINT DEBTOR AND CONVERT TO CHAPTER 7

       NOW COMES Debtor, Beverly Hynson, by and through her attorney, Seymour Markowitz, and hereby moves this Honorable Court to Sever her Chapter 13 Case from her joint debtor spouse. In support of this Motion, Debtor states the following:

1. Debtor Beverly Hynson is currently in a Confirmed Chapter 13 Bankruptcy Case jointly filed with her spouse.
2. Ms. Hynson can no longer continue in her Chapter 13 Plan and wishes to Convert her case to Chapter 7.

       WHEREFORE, Debtor, Beverly Hynson, hereby requests this Honorable Court Sever Beverly Hynson's Chapter 13 Case from her spouse and Convert to Chapter 7.


_/s/SeymourMarkowitz_____        _/s/BeverlyHynson_____
SEYMOUR MARKOWITZ - P17094             BEVERLY HYNSON
Attorney for Beverly Hynson                    Debtor
30400 Telegraph Road, #111
Bingham Farms, MI 48025
(248) 647-1230
bankruptcy@markowitzlegal.com

                                                            Dated: October 23, 2013.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

**VERNON HYNSON** and
**BEVERLY HYNSON**,

            Debtors.

_____

In Bankruptcy
Chapter Thirteen
Case No. 12-57645 tjt
Judge Thomas J. Tucker

## ORDER GRANTING DEBTOR'S MOTION TO SEVER CONFIRMED CHAPTER 13 CASE FROM JOINT DEBTOR AND ALLOWING CONVERSION TO CHAPTER 7

      The above named Debtor, Beverly Hynson, having filed a Motion to Sever her Confirmed Chapter 13 Bankruptcy Case from the Joint Debtor, the Court being sufficiently advised in the premises and no objections having been filed;

      IT IS HEREBY ORDERED that Beverly Hynson's Motion is granted;

      IT IS FURTHER ORDERED that Beverly Hynson's Chapter 13 Bankruptcy case is hereby severed from the Joint Debtor's Bankruptcy Case;

      IT IS FURTHER ORDERED that Beverly Hynson's Bankruptcy Case shall be assigned a separate Chapter 13 case number and Debtor shall file a notice of voluntary conversion of that Chapter 13 case to a Chapter 7 and pay the required conversion fee.